UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. DYKES #201541,

       Plaintiff,                      Case No. 1:14-cv-1167

v                                                    Hon. Ray Kent

N. MARSHALL,

       Defendant.
_____/

**FINAL PRETRIAL ORDER**

The final pretrial conference was held on August 10, 2018 . Appearing for the parties as counsel were: Robert L. Dykes, plaintiff *in pro per*, and Michael R. Dean for defendant.

1.     Exhibits:

Plaintiff's Exhibits:

    A.    Exhibit 00: P.D. (Policy Directive) 03.02.130, Prisoner/Parolee Grievances

    B.    Exhibit 1: Grievances wrote on Food Service Officials S. Jones and Meadows. *Defendants object to this exhibit on the grounds that it is hearsay and not within an applicable exception.*
**Objection SUSTAINED. Exhibit 1 will be addressed in a stipulation presented by the parties.**

    C.    Exhibit 2: Grievances wrote on Food Service Officials S. Jones and Meadows for retaliation. *Defendants object to this exhibit on the grounds that it is hearsay and not within an applicable exception.*
**Objection SUSTAINED. Exhibit 2 will be addressed in a stipulation presented by the parties.**

    D.    Exhibit 3: Grievances wrote on Food Service Official D. North. *Defendants object to this exhibit on the grounds that it is hearsay and not within an applicable exception.*
**Objection SUSTAINED. Exhibit 3 will be addressed in a stipulation presented by the parties.**

E. Exhibit 4: Grievance filed against Food Service Official D. North. *Defendants object to this exhibit on the grounds that it is hearsay and not within an applicable exception.*
**Objection SUSTAINED.  Exhibit 4 will be addressed in a stipulation presented by the parties.**

F. Exhibit 5: Orientation Manual for RMI Food Service Workers.

G. Exhibit 6: Food Service Disciplinary Tracking Sheet.

H. Exhibit 7: Lay In Notice, produce by D. North.  *Defendants object to this exhibit on the grounds that it is hearsay and not within an applicable exception.*
**Objection OVERRULED.**

I. Exhibit 8: "Prisoner Program and Work Assignment Evaluation" (CSJ-363).

J. Exhibit 9: Program Classification Report; "Memorandum"; and handwritten statement by prisoner Johnson #791359. *Defendants object to this exhibit on the grounds that it is hearsay and not within an applicable exception.*
**Objection SUSTAINED as to page 3 of Exhibit 9.  Objection OVERRULED as to the remainder of the exhibit.**

K. Exhibit 10: Affidavit of Nancy Marshall.

L. Exhibit 11: Prisoner Program Classification.

M. Exhibit 12: Grievance wrote on Defendant Marshall.  *Defendants object to this exhibit on the grounds that it is hearsay and not within an applicable exception.*
**Objection OVERRULED.**

N. Exhibit 13: Program Classification Report.

O. Exhibit 14: Grievance wrote against Defendant Marshall.  *Defendants object to this exhibit on the grounds that it is hearsay and not within an applicable exception.*
**Objection SUSTAINED.  Exhibit 14 will be addressed in a stipulation presented by the parties.**

P. Exhibit 15: Prisoner Kite to Defendant Marshall; Memorandum from Defendant Marshall: Kite to ARUS Rogers. *Defendants object to this exhibit on the grounds that it is hearsay and not within an applicable exception.*
**Objection OVERRULED.**

Q. Exhibit 16: Grievance wrote against Defendant Marshall. *Defendants object to this exhibit on the grounds that it is hearsay and not within an applicable exception.*
**Objection SUSTAINED. Exhibit 16 will be addressed in a stipulation presented by the parties.**

**R.** **Exhibit 17: Defendant's counsel agrees to add the policy directive for prisoner access to the courts.**

Defendant's Exhibits

A. Exhibit A:  June 2, 2014 Memorandum

B. Exhibit B:  Program Classification Report

C. Exhibit C: Prisoner Program and Work Assignment Evaluation

D. Exhibit D: Food Service Disciplinary Tracking Sheet

E. Exhibit E: Letter from Dykes to Robinson

F. Exhibit F: Lay In Notice
**Duplicative.  Defendant may rely on plaintiff's copy of Exhibit 7.**

G. Exhibit G: Letter from Plaintiff

H. Exhibit H: May 20, 2014 Correspondence

I. Exhibit I: May 15, 2014 Letter from Plaintiff to Food Service

J. Exhibit J: May 22, 2014 Letters from Kurr

K. Exhibit K: May 17, 2014 Letter from Plaintiff

L. Exhibit L: August 30, 2013 Prisoner Program and Work Assignment Eval.
**STRICKEN.  Defendant does not intend to present Exhibit L.**

M. Exhibit M: January 23, 2014 Prisoner Program and Work Assignment Eval.
**STRICKEN.  Defendant does not intend to present Exhibit M.**

**Consistent with this order, Plaintiff's Exhibits 00, 5, 6, 7, 8, 9 (except for page 3), 10, 11, 12, 13, 15, 17, and Defendant's Exhibits A, B, C, D, E, G, H, I, J, and K are deemed ADMITTED for trial.  The parties shall pre-mark each of the exhibits into an exhibit notebook.  Defendant shall provide five copies of the**

      **exhibit notebook shall be provided to the Court on the first day of trial. Any other exhibits shall be placed in the exhibit notebook when admitted into evidence.**

2. <u>Uncontroverted Facts</u>:

   A. Defendant was acting under color of law at all times relevant to the complaint.

   B. Plaintiff was a prisoner under the custody of the Michigan Department of Corrections at all times relevant to the complaint.

3. <u>Controverted Facts and Unresolved Issues</u>:

   A. Whether defendant violated plaintiff's First Amendment rights by retaliating against him for engaging in protected conduct.

4. <u>Witnesses</u>:

   <u>Plaintiff's Witnesses</u>:

   A. Robert Dykes #201541

   <u>Defendant's Witnesses</u>:

   A. Defendant Nancy Marshall (WILL CALL)

   B. Stephen Jones (MAY CALL)

   C. Any witnesses who are called and testify for plaintiff.

5. <u>Depositions and Other Discovery Documents</u>:

   Plaintiff's deposition was taken which may be used for impeachment purposes.

6. <u>Length of Trial</u>:

   Two days.

7. <u>Prospects of Settlement</u>: There is no possibility for settlement in this case.

IT IS SO ORDERED.

Dated: August 15, 2018         /s/ Ray Kent
                                                                   RAY KENT
                                                                   United States Magistrate Judge