UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. DYKES #201541,

    Plaintiff,

v.

N. MARSHALL,

    Defendant.
_____/

Case No. 1:14-cv-1167

Hon. Ray Kent

## VERDICT

Regarding Plaintiff's claim that Defendant violated Plaintiff's rights under the First Amendment, we the jury find in favor of

    Plaintiff __✓__        Defendant _____

**Go to damages only if you have found in favor of Plaintiff.**

If you verdict was in favor of Plaintiff, state the amount of damages sustained by Plaintiff.

    Compensatory    $ 5,500
    Nominal           $ _____
    Punitive           $ _____

**Have the Verdict signed and dated by your foreperson, and then ring the doorbell. Your foreperson should give a note to the bailiff that you have reached a verdict. Your foreperson will deliver the Verdict in the courtroom.**

Dated: August 23, 2018

                                            [signature]
                                        JURY FOREPERSON

We have reahed our verdict

8/23/13
1:48 p.m.