UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. DYKES,

    Plaintiff,                    Case No. 1:14-cv-1167

v.                                  Hon. Ray Kent

N. MARSHALL, et al,

    Defendants.
_____/

**JUDGMENT**

This action was tried by a jury with Judge Ray Kent presiding, and the jury has rendered a verdict.

**IT IS ORDERED AND ADJUDGED:**

That plaintiff is entitled to judgment against defendant Nancy Marshall in the amount of $5,500.00.

Dated:  August 23, 2018            /s/ Ray Kent
                                           RAY KENT
                                           United States Magistrate Judge