UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. DYKES,

        Plaintiff,

Case No. 1:14-cv-1167

Hon. Ray Kent

v.

N. MARSHALL, *et al.*,

        Defendants.

_____/

**AMENDED JUDGMENT**

In accordance with the Opinion and Order entered this day,

Judgment is entered in favor of plaintiff Robert L. Dykes against defendant Nancy Marshall in the amount of $5,500.00.

Judgment is entered in favor of defendants S. Jones, Unknown Meadows, and D. North and against plaintiff Robert L. Dykes.

Dated:  September 28, 2021

/s/ Ray Kent
RAY KENT
United States Magistrate Judge